## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2008　　　　　　　　　Assigned/Issued By: j. n.

Judge Name: gottschall　　　　　　　　　Designated Magistrate Judge: keys

---

**FEE INFORMATION**

*Amount Due:*　　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　　　[ ] $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____　　　　　　　Receipt #: 2679828_____

Date Payment Rec'd: 4-9-08_____　　Fiscal Clerk: j. n._____

---

**ISSUANCES**

[✓] Summons　　　　　　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons　　　　 [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons　 _____
[ ] Citation to Discover Assets　　　　　 *(Victim, Against and $ Amount)*
[ ] Writ _____　　　　　　[ ] Other
　　　 *(Type of Writ)*　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　 *(Type of issuance)*

2____ Original and 0_____ copies on 4-9-08_____ as to all defendnats_____
　　　　　　　　　　　　　　*(Date)*