AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LEAF FUNDING, INC.

v.

BLUEBIRD AMUSEMENT, INC.
and BRIAN WHITE

CASE NUMBER: **08CV2008**

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

Bluebird Amusement, Inc.
c/o Registered Agent
Dario C. Zanichelli
4501 N. Cumberland Avenue
Suite 3
Norridge, IL 60706

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. McColl
Foran Glennon Palandech & Ponzi PC
150 South Wacker Drive, Suite 1100
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

April 9, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 11, 2008 |
| NAME OF SERVER *(PRINT)*<br>Frances Corbett | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served certified mail, return receipt requested to Defendant Bluebird Amusement, Inc. c/o Registered Agent Dario C. Zanichelli at 4501 N. Cumberland Avenue, Suite 3, Norridge, IL 60706

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified Mail Return Receipt Requested | TOTAL $5.77 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04/11/08
                Date

*Signature of Server*

150 South Wacker Drive, 11th Floor
Chicago, IL  60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bluebird Amusement, Inc.
   c/o Registered Agent
   Dario C. Zanichelli
   4501 N. Cumberland Avenue
   Suite 3
   Norridge, IL   60706

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Lisa E. Duracka*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Lisa E. Duracka

C. Date of Delivery
2/11/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 3450 0002 6244 4630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540