## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2008 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Leaf Funding, Inc. v. Blue Bird Amusement | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/11/2008.     Counsel for the plaintiff represented that defendant, Brian White filed Bankruptcy.  All matters are stayed due to the filing of the Bankruptcy case.  Status hearing continued to September 24, 2008 at 9:30 a.m.
/s/Joan B. Gottschall,
Joan B. Gottschall, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:08-cv-02008   Document 9   Filed 06/11/2008   Page 1 of 1

08 C 2008  Leaf   vs. Bluebird                                                                 Page 1 of  1